No. 466. TODD *v.* FAJARDO.—Appeal from the District Court of Mayagüez. Motion of the appellant praying the Supreme Court to return the case to the court below, with instructions to allow the plaintiff to amend his complaint. Decided March 8, 1910. Appeal dismissed because the decision appealed from is unappealable, and the motion overruled because the Supreme Court has no jurisdiction in this case. *Messrs. F. L. Cornwell, Fernando Vázquez* and *N. B. K. Pettingill* for petitioner. *Messrs. Manuel F. Rossy* and *Leopoldo Feliú* for respondent.

No. 42. MASA ET AL. *v.* THE RERISTRAR OF PROPERTY.—Appeal from a decision of the Registrar of Property of Caguas. Decided March 9, 1910. Decision reversed. *Mr. Rafael Arce* for appellant.

No. 63. TORO *v.* THE DISTRICT COURT.—Application for a writ of *certiorari*. Decided March 9, 1910. Application denied because no question of procedure was involved justifying the remedy of *certiorari*. Petitioner appeared in his own behalf.

No. 11. DÍAZ *v.* TORRES.—Appeal from the District Court of San Juan, Section 2. Respondent's motion that the Supreme Court order the inclusion of amendments to the statement of facts presented in the district court by respondent. Decided March 14, 1910. Motion overruled for the reasons stated in the opinion delivered in the case of *Bonilla* v. *Sierra,* decided February 16, 1909, and because said motion did not conform to the requirements of rule 67 of the rules of the Supreme Court. *Mr. Sandalio Torres Monge* for petitioner. *Messrs. Bosch* and *Soto* for respondent.